Electronically Filed
1/29/2021 10:26 AM
Steven D. Grierson
CLERK OF THE COURT

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| Gary Bernstein<br><br>Plaintiff,<br><br>vs.<br><br>Blake Reidhead, Inc. d/b/a BDR Transport; Steven Thomas West; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>Defendants. | Case No.: A-21-827324-C<br>Dept. No.: 29<br><br>**Defendants' Answer to Complaint** |

1. Admit.

2. BDR Transport admits it does business in Nevada but denies the remaining allegations.

3. Admit.

4. Defendants lack knowledge sufficient to determine the accuracy of the allegations in this paragraph, so they deny them.

5. Defendants repeat their responses to the prior paragraphs.

6. Defendants lack knowledge sufficient to determine the accuracy of the allegations in this paragraph, so they deny them.

7. Defendants admit Mr. West was driving a BDR vehicle but deny the remaining allegations.

8. BDR admits it owned and controlled the vehicle, but denies the remaining allegations.

9. Admit.

10. Admit.

250576483v.1

11. Defendants lack knowledge sufficient to determine the accuracy of the allegations in this paragraph, so they deny them.

12. Defendants repeat their responses to the prior paragraphs.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Defendants repeat their responses to the prior paragraphs.

20. BDR admits it owned and controlled the vehicle, but denies the remaining allegations.

21. Deny.

22. Deny.

23. Admit.

24. BDR admits Mr. West was within the course and scope of his employment, but it denies the remaining allegations as to others in this paragraph.

25. Deny.

26. BDR admits Mr. West was within the course and scope of his employment, but it denies the remaining allegations in this paragraph.

27. Deny.

28. Deny.

29. Deny.

30. Deny.

31. Defendants repeat their responses to the prior paragraphs.

32. Deny.

33. Deny.

34. Deny.

-2-

250576483v.1

**Affirmative Defenses**

1. Plaintiff was comparatively negligent.
2. Mr. West encountered a sudden emergency.
3. The event at issue was caused by a third-party.
4. Plaintiff has not mitigated damages.

**Request for Relief**

Defendants request the complaint be dismissed with prejudice.

DATED this 29th day of January, 2021.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

-3-

250576483v.1

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on January 29, 2021, I served **Defendants' Answer to Complaint** as follows:

☐     by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒     via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| Ladah Law Firm<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Gary Bernstein | |

BY:    */s/ Michael Lowry*
             An Employee of



-4-

250576483v.1

## Ruder, Sonya

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Friday, January 29, 2021 10:27 AM |
| **To:** | EfileLasVegas |
| **Subject:** | Notification of Service for Case:  A-21-827324-C, Gary Bernstein, Plaintiff(s)vs.Blake Reidhead Inc., Defendant(s) for filing Answer - ANS (CIV), Envelope Number: 7315725 |
| **Categories:** | Blue Category |

**[EXTERNAL EMAIL]**



# Notification of Service

Case Number: A-21-827324-C
Case Style: Gary Bernstein, Plaintiff(s)vs.Blake Reidhead Inc., Defendant(s)
Envelope Number: 7315725

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | A-21-827324-C |
| **Case Style** | Gary Bernstein, Plaintiff(s)vs.Blake Reidhead Inc., Defendant(s) |
| **Date/Time Submitted** | 1/29/2021 10:26 AM PST |
| **Filing Type** | Answer - ANS (CIV) |
| **Filing Description** | Defendants' Answer to Complaint |
| **Filed By** | Michael Lowry |
| **Service Contacts** | Gary Bernstein:<br><br>Ramzy Ladah, Esq. (litigation@ladahlaw.com)<br><br>Natalie Stevenson (natalie@ladahlaw.com)<br><br><br>Blake Reidhead Inc.:<br><br>Michael Lowry (michael.lowry@wilsonelser.com)<br><br>Efile LasVegas (efilelasvegas@wilsonelser.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 30 days. | |

1

2