

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gary Bernstein<br><br>    Plaintiff,<br><br> vs.<br><br>Blake Reidhead, Inc. d/b/a BDR Transport; Steven Thomas West; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-246-JAD-VCF<br><br>**Stipulation and Order re Plaintiff's Rule 35 Exam** |

The parties stipulate that Plaintiff will attend a Rule 35 neuropsychological examination on April 19, 2022 at 9:45 a.m. with Dr. Staci Ross at 716 S. 6th St. in Las Vegas, Nevada 89101.

| | LADAH LAW FIRM |
|---|---|
| WILSON ELSER<br><br>*/s/Jonathan Pattillo*<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Steven T. West; Blake Reidhead, Inc. | */s/ Joseph M. Chu*<br>Joseph M. Chu, Esq.<br>Nevada Bar No. 11082<br>Attorneys for Plaintiff |
| | It is so ordered.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE<br><br>Dated this 22nd day of March 2022. |

268245849v.1

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 22, 2022, I served **Stipulation and Order Re Rule 35 Exam** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Ladah Law Firm<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Gary Bernstein | |

BY: /s/ Amanda Hill
An Employee of



-2-

268245849v.1