**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gary Bernstein<br><br>         Plaintiff,<br><br> vs.<br><br>Blake Reidhead, Inc. d/b/a BDR Transport; Steven Thomas West; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>         Defendants. | Case No.: 2:21-cv-246-JAD-VCF<br><br>**Stipulation and Order to Continue Discovery Deadlines**<br><br>**(Sixth Request)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules 6-1, 7-1 and 2604, the parties hereby submit the following Stipulation and Order to Continue Discovery Deadlines (Fifth Request) to extend the discovery deadlines and all related case management deadlines, as set forth the order granting the parties' discovery plan (ECF No. 19) by 90 days.

**I.     Discovery Completed To Date**

  a.   Written Discovery to Plaintiff

  b.   Written Discovery to Steven West

  c.   Written Discovery to Blake Reidhead, Inc.

  d.   Deposition of Plaintiff

  e.   Deposition of Steven West

  f.   Deposition of 30(b)(6) representative of Blake Reidhead, Inc.

272984816v.1

   **g.** Expert Inspection

   **h.** Orthopedic Rule 35 Examination of Plaintiff

   **i.** Expert Disclosures, except as to Defendants' potential neuropsychological examination.

   **j.** Disclosure of Rebuttal Experts

**II.**  **Discovery Remaining**

   **a.** Potential neuropsychological examination, depending on court's ruling concerning motion to dismiss certain causes of action.

   **b.** Depositions of experts.

   **c.** Deposition of Treating Physicians

**III.**  **Reasons for Requested Extension**

   The parties acknowledge there have already been many extensions of discovery in this matter. Currently, there is an added exigency where Defendants have a pending motion to dismiss Plaintiff traumatic brain injury claims (ECF No. 22). The parties previously stipulated that if the motion is denied, then discovery will be extended to allow for additional time to conduct discovery on the brain injury claim and conducting a Rule 35 neuropsychological examination. If the motion is granted, then the parties had agreed for discovery to close on August 5th, 2022 with the dispositive motion and pre-trial order deadlines to fall 30 days after the date when the Court granted the motion.

   Separately, the parties have agreed to mediate the case on August 26th, 2022 before Judge Glass. There is still remaining discovery on non-TBI related matters, including deposition of Plaintiff's treating providers and experts for Plaintiff's spine and shoulder injuries. The parties are now requesting a 90-day extension for two reasons. First, the parties are hopeful that a resolution can reached at mediation and further litigation cost spared. Second, and much more practically, the parties' experts and Plaintiffs' treating providers have a busy schedule with their patients and have limited availability for depositions. One treating provider, Dr. Jason Garber, is not available for deposition until November 8th, which the parties agree to take outside of the discovery period. As a result, more time is needed to conduct these depositions.

272984816v.1

An extension would also help simplify and streamline the prior complications caused by the motion to dismiss Plaintiff's TBI claim. An extension would give the Court enough time to decide the motion, and then leave enough time for the dispositive motion deadline and pre-trial order deadline.

The parties would still reserve the right to reconsider the current close of discovery deadline in the event the Court denies Defendants' motion by submitting a new stipulation within 30 days of the decision.

### IV.  Current Dates and Requested Extensions

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Date to Add Parties and Amend Pleadings and Interim Status Report | Closed. | Closed. (no change) |
| Disclosure of Expert Witnesses | Closed | Closed. (no change) |
| Disclosure of Rebuttal Expert Witnesses | Closed | Closed (no change) |
| Close of Discovery | August 5, 2022 | November 3, 2022 |
| Dipositive Motions | If motion to dismiss neuropsychological claims is granted, 30 days after the motion is granted. | December 2, 2022 |
| Pre-Trial Order | 30 days after the dispositive motion deadline, if no dispositive motions are filed. | January 3rd, 2022 |

///

///

///

-3-

272984816v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Steven T. West; Blake Reidhead, Inc. | LADAH LAW FIRM<br><br><br>*/s/ Joseph M. Chu*<br>Ramzy P. Ladah, Esq.<br>Nevada Bar No. 11405<br>Joseph M. Chu, Esq.<br>Nevada Bar No. 11082<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

**ORDER**

                **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: ____July 18____, 2022

Certificate of Service

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on July 15, 2022, I served **Stipulation to Extend Discovery Deadlines (Sixth Request)** as follows:

☐   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒   via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Ladah Law Firm<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Gary Bernstein | |

BY:   */s/ Amanda Hill*_____
            An Employee of
            WILSON ELSER

272984816v.1