**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GARY BERNSTEIN,

        Plaintiff(s),

v.

BLAKE REIDHEAD, INC. D/B/A BDR TRANSPORT; STEVEN THOMAS WEST; DOES I THROUGH XX, INCLUSIVE; AND ROE BUSINESS ENTITIES I THROUGH XX, INCLUSIVE,

        Defendant(s).

2:21-cv-00246-JAD-VCF

**ORDER**

    Before the Court is Defendants' motion to dismiss certain claims per Rule 37(b)(2)(A) (ECF No. 22).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing on Defendants' motion to dismiss certain claims per Rule 37(b)(2)(A) (ECF No. 22), is scheduled for 1:00 PM, August 23, 2022, in Courtroom 3D.

    DATED this 9th day of August 2022.

                                                      CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE