**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gary Bernstein<br><br>              Plaintiff,<br><br>   vs.<br><br>Blake Reidhead, Inc. d/b/a BDR Transport; Steven Thomas West; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>              Defendants. | Case No.: 2:21-cv-246<br><br>**Stipulation and Order to Continue Motion to Dismiss Certain Claims Hearing** |

The parties stipulate to continue the August 23rd hearing on ECF No. 22, Defendant's Motion To Dismiss Certain Claims per Rule 37(b)(2)(A) until September 27th at 2 pm.

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>Attorneys for Steven T. West; Blake Reidhead, Inc. | LADAH LAW FIRM<br><br><br><br>/s/ Joseph M. Chu<br>Ramzy P. Ladah, Esq.<br>Nevada Bar No. 11405<br>Joseph M. Chu, Esq.<br>Nevada Bar No. 11082<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff |

**ORDER**

274671956v.1

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 23, 2022 , 2022

Certificate of Service

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on August 22, 2022, I served **Stipulation and Order to Continue Motion to Dismiss Certain Claims Hearing** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Ladah Law Firm<br>517 S. 3rd St.<br>Las Vegas, NV 89101<br>Attorneys for Gary Bernstein | |

BY: /s/ Amanda Hill
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-2-

274671956v.1