# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GARY BERNSTEIN,

        Plaintiff(s),

v.

BLAKE REIDHEAD, INC. D/B/A BDR TRANSPORT; STEVEN THOMAS WEST; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,

        Defendant(s).

2:21-cv-00246-JAD-VCF

**ORDER**

Before the Court is the notice of settlement (ECF NO. 39).

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss (ECF NO. 22), is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 28, 2022.

DATED this 27th day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE