# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GARY BERNSTEIN,

        Plaintiff(s),

v.

BLAKE REIDHEAD, INC. D/B/A BDR TRANSPORT; STEVEN THOMAS WEST; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,

        Defendant(s).

2:21-cv-00246-JAD-VCF

**ORDER**

    Before the Court is the Joint Status Report (ECF NO. 42). The parties have reached a settlement following a mediation and the parties are working to make a final lien determination.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before January 30, 2023.

DATED this 29th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE