

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven T. West; Blake Reidhead, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gary Bernstein<br><br>Plaintiff,<br><br>vs.<br><br>Blake Reidhead, Inc. d/b/a BDR Transport; Steven Thomas West; Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-246 -JAD-VCF<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 44 |

The parties stipulate to dismiss all claims in case 2:21-cv-246 with prejudice, each to bear their own fees and costs. No trial date was set.

| | |
|---|---|
| <br><br>/s/Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for Steven T. West; Blake Reidhead, Inc. | LADAH LAW FIRM<br><br><br><br>/s/ Joseph M. Chu<br>Joseph M. Chu, Esq.<br>Nevada Bar No. 11082<br>Attorneys for Plaintiff |

Based on the parties' stipulation [ECF No. 44] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2023

274882283v.1